AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

NOV 17 2014

David J. Bradley, Clerk

United States of America
v.
Rogelio Rodriguez-Pedraza
1965

*Defendant(s)*

Case No. M-14-2187-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 16, 2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1)<br>18 USC § 2 | Possession with intent to distribute more than 5 kilograms of cocaine |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved:
Robert Wells Jr AUSA
11/17/2014

_____
*Complainant's signature*

Rafael Vences, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/17/2014  8:52 am

_____
*Judge's signature*

City and state: McAllen, Texas

Peter E. Ormsby, United States Magistrate Judge
*Printed name and title*

Attachment "A"

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Rafael Vences, being duly sworn, do herby depose and state that:

Your affiant is currently employed as a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the McAllen Resident Agency, San Antonio Division. Your affiant has been employed as a Special Agent for over two years.

On November 16, 2014, HCSO deputy Pena was patrolling an area in Edinburg, Texas when he observed a black 2000 Freightliner tractor following too closely to the vehicle in front. The driver was identified as the defendant, Rogelio Rodriguez. Deputy Pena questioned Rodriguez about his route, delivery location, and what was being transported? The defendant appeared nervous and provided unusual statements. Deputy Pena requested and received consent to search the vehicle. A service canine was used and alerted to the presence of narcotics in a plastic ice chest which was located inside the vehicle. Deputy Pena emptied the contents of the ice chest and noticed it was too heavy for being empty. Deputy Pena pried apart the seams of the ice chest and noticed suspicious packages concealed within the walls of the ice chest. Deputy Pena removed twelve packages of suspected narcotics from the ice chest. One of the packages field tested positive for cocaine. The total weight of the packages was approximately 13.4 kilograms.

_____
Rafael Vences – FBI Special Agent

Sworn to before me and subscribed in my presence,

_____         November 17, 2014
Peter E. Ormsby, United States Magistrate Judge                Date